PEOPLE *v.* KAHLER.

LOCAL OPTION LAW—JURISDICTION—PROCEDURE.
  Case ruled by *People* v. *Berry, ante,* 256.

Exceptions before judgment from Hillsdale; Lane, J. Submitted November 21, 1895. Decided December 10, 1895.

John Kahler was convicted of violating the local option law. Affirmed.

*William C. Chadwick,* for appellant.

*Guy M. Chester,* Prosecuting Attorney, for the people.

McGRATH, C. J. This was a proceeding under the local option law. All questions raised are disposed of in *People* v. *Berry, ante,* 256.

The conviction is affirmed, and the court directed to proceed to judgment.

The other Justices concurred.